UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-10008-CR-KING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS AMECHAZURRA, et al.,

    Defendants.
_____

### O R D E R

THIS CAUSE is before the Court on defendant **Damian Sosa-Garcia's** unopposed Motion for Reduction of Bond (DE 24), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Defendant **Damian Sosa-Garcia's** bond is reduced as follows: $10,000 with a 10% deposit into the Registry of the Court, with a <u>Nebbia</u> condition and a $100,000 personal surety bond, to be co-signed by the defendant's brother and brother-in-law. All other conditions of bond remain in full force and effect.

DONE AND ORDERED in the Southern District of Florida this 27th day of March, 2009.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Jared Strauss (MIA)
Phil Horowitz, Esq.

U.S. Probation (KW)